## 9488. CAUSEY v. CAUSEY.

LUKE, J. Where a husband dies intestate, the wife is first entitled to be appointed administratrix upon his estate. Civil Code (1910), § 3943.

(a) A conclusion by the father of the decedent, as follows: "From my

knowledge of this lady I would say she is not a fit person and a proper person to manage an estate," will not raise such an issue as will defeat the wife's legal right to appointment as the representative of the estate of her deceased husband. The court did not, for any of the reasons assigned, err in directing a verdict.

            *Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*

                 DECIDED OCTOBER 16, 1918.

     Appeal; from Crawford superior court—Judge Mathews. October 17, 1917.

     *W. D. McNeil,* for plaintiff in error.

     *Napier & Maynard,* contra.

*Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*